# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL DEWAYNE LASENBY, # 683339,

        Petitioner,

v.                                                               Case No. 10-cv-13784
                                                                Honorable Denise Page Hood

CARMEN PALMER,

        Respondent.

_____/

## ORDER TRANSFERRING CASE TO THE UNITED STATES
## DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

On September 22, 2010, Petitioner Michael Dewayne Lasenby, currently incarcerated at the Michigan Reformatory in Ionia, Michigan, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state-criminal convictions imposed by the Kalamazoo County, Michigan, circuit court in 2008.

A habeas petition submitted by a person in state custody may be filed in the district where the person is in custody or in the district where the person was convicted and sentenced. 28 U.S.C. § 2241(d). The district in which the petitioner files his habeas petition, in the exercise of its discretion and in furtherance of justice, may transfer the petition to another district court for hearing and determination. *Id*.

Petitioner was convicted in Kalamazoo County and is currently incarcerated in Ionia County. Both Kalamazoo County and Ionia County lie in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. § 102(b).

Accordingly, in the interests of justice, the Court exercises its discretion and transfers Petitioner's case to the United States District Court for the Western District of Michigan. The

Court **ORDERS** the Clerk of the Court to transfer the court file to the United States District Court for the Western District of Michigan.

                                              S/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated: October 19, 2010

      I hereby certify that a copy of the foregoing document was served upon Michael Lasenby, Reg. No. 68339 Michigan Reformatory, 1342 West Main Street, Ionia, MI 48846 on October 19, 2010, by electronic and/or ordinary mail.

                                              S/William F. Lewis
                                              Case Manager